UNITED STATES, Appellee

v

SELMON W. BROWN, Private, U. S. Marine Corps, Appellant

No. 26,155

UNITED STATES, Appellee

v

CHARLES W. WIGGINS, Private First Class,
U. S. Army, Appellant

No. 26,253

UNITED STATES, Appellee

v

JEFFREY F. BOUTWELL, Private, U. S. Marine Corps, Appellant

No. 26,319

UNITED STATES, Appellee

v

ROBERT GENE MORRIS, Seaman Recruit, U. S. Navy, Appellant

No. 26,379

UNITED STATES, Appellee

v

TYRONE D. MOODY, Private, U. S. Army, Appellant

No. 26,391

UNITED STATES, Appellee

v

ANDREW H. JACKSON, Private, U. S. Marine Corps, Appellant

No. 26,407

—————

UNITED STATES, Appellee

v

DONNIE W. ROGERS, Private, U. S. Marine Corps, Appellant.

No. 26,587

—————

UNITED STATES, Appellee

v

RICHARD J. TIEDEMAN, Jr., Private,
U. S. Marine Corps, Appellant

No. 26,639

—————

UNITED STATES, Appellee

v

LARRY G. HILL, Private, U. S. Marine Corps, Appellant

No. 26,827

—————

22 USCMA 331, 46 CMR 331

—————

June 8, 1973

On the briefs for Appellants, Accused, were *Lieutenant Jeffrey H.*

Bogart, JAGC, USNR (No. 26,155), *Lieutenant Charles W. Corddry, III,* JAGC, USNR (Nos. 26,155 and 26,319), *Lieutenant Thomas M. Geisler, Jr.,* JAGC, USNR (Nos. 26,155, 26,319, and 26,379), *Colonel Arnold I. Melnick* (Nos. 26,253 and 26,391), *Captain Howell E. Begle* (No. 26,253), *Captain J. Vincent Aprile, II* (No. 26,253), *Lieutenant Michael W. Boehm,* JAGC, USNR (Nos. 26,379 and 26,639), *Captain Mark L. Tuft* (No. 26,391), *Captain D. F. Hagans, II,* USMCR (Nos. 26,407 and 26,587), *Captain D. A. Higley,* USMC (Nos. 26,407 and 26,587), and *Lieutenant Kenneth N. Beth,* JAGC, USNR (No. 26,827).

On the briefs for Appellee, United States, were *Lieutenant Colonel G. L. Bailey,* USMC (Nos. 26,155, 26,319, 26,379, 26,407, 26,587, and 26,639), *Captain Donald B. Myers,* USMCR (Nos. 26,155, 26,319, 26,379, and 26,407), *Lieutenant Steven C. Cross,* JAGC, USNR (No. 26,155), *Lieutenant Colonel Ronald M. Holdaway* (Nos. 26,253 and 26,391), *Captain Glenn R. Bonard* (No. 26,253), *Captain Richard L. Menson* (Nos. 26,253 and 26,391), *Captain Thomas G. McMahon* (No. 26,391), *Captain Stan L. Spangler* (No. 26,391), *Lieutenant E. Alan Hechtkopf,* JAGC, USNR (Nos. 26,587 and 26,827), and *Lieutenant Colonel L. K. O'Drudy,* USMC (No. 26,827).

## Opinion of the Court

PER CURIAM:

Evidence of previous conviction by summary courts-martial resulting in a sentence to confinement was considered against the appellants on sentencing during trial or by the convening authority before his action in each of these cases. United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973) prohibits the use of such evidence. A fair risk exists that the evidence of such previous conviction was disadvantageous to each of the accused. Accordingly, we return the records of trial to the Judge Advocates General of the respective services for submission to a Court of Military Review for further proceedings consistent with our disposition in United States v Alderman, supra.

Chief Judge Darden dissents for the reasons set forth in his separate opinion in United States v Alderman, supra.